UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Jonathan Lee Riches d/b/a
Bernard Madoff a/k/a
Faisal Shahzad,
Plaintiff

CASE NO:

**'10 — CV — 02096**

V.

Julian Assange d/b/a WikiLeaks,
Wikipedia.org,
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 30 2010
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 23 2010
GREGORY C. LANGHAM
CLERK

Bivens Action
28 USC 1331

Comes Now, Jonathan Lee Riches, This is a Bivens Action Against Defendant Julian Assange founder of wikileaks and wikipedia.org who both violated my civil rights and my copyrighted rights in Denver, Denver Suburbs and into the Rocky Mountains. Julian Assange violated my privacy by releasing to the public on wikileaks never seen before photos of me being tortured and molested by Government officials in the federal Bureau of Prisons. Julian Assange Released a Photo of me at Abu Ghraib prison with a dog leash around my neck with Private Lyndie England Dragging me smoking marijuana. Julian Assange posted on wikileaks my exact location and coordinates at the federal medical center in Lexington Kentucky in solitary confinement, shu cell 201-007. Assange also posted a letter memo I received from Barack Obama Begging me to stop filing lawsuits. Assange Printed all my stolen credit card purchases on wikileaks which discovered I used my Capital 1 no hassel card to pay for Dick cheneys heart surgery and Hilary clinton used and

Stole my American Express Black card to pay for a 1 million dollar wedding for her daughter chelsey. Wikipedia.org illegally posts all the lawsuits I filed and never updates my biography on their site. I filed over 4,000 lawsuits worldwide. Wikipedia.org forgot to mention that Jesse James sued Sandra Bullock and me See James v. Bullock. Every lawsuit I filed is on wikileaks. I taught Julian Assange how to computer hack at Defcon in Las Vegas. Go to lawsuit Riches v. Hurricane Ike. At the end has a picture of me flexing without a shirt and wikileaks has this photo and Bureau of Prison government medical files showing how I'm starving and malnourished and the Bureau of Prisons is a Gulag. Wikipedia.org stole my Merriam-Websters and posted it online. I had a sexual affair with Barack Obama. I used George W. Bush's stolen credit card to get Obama a penis enlargement which is posted on wikileaks and wikileaks posted the bribe Blagojevich extorted me $50,000 from stolen identities for me to fill Baracks senate seat. Julian Assange plans to hack into my experian credit report and steal my citibank card to use at Wal-mart to get Just For Men black hair dye for his hair. Wikileaks knows I'm going to run for President of the United States. Wikileaks posted secret documents regarding contracts BP oil has with Dr. Amanda Hughes a/k/a Dr. Amanda Leigh Hughes, Dts, at the RDAP in FMC Lexington. Dr. Hughes was paid $5 million dollars to use her vagina and squat and sit on the BP leaking oil well to stop the leak in the gulf of Mexico. DR. Hughes vagina recieved a congressional medal of honor. I demand all Jonathan Lee Riches© copyright material to be deleated from the Defendants sites and through out cyberspace and cybercafe's. I pray this court for relief.

respectfully

8-9-10

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812